| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of Wisconsin** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Pusick, Gary Lee | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>  Pusick, Rebecca Rose |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>  xxx-xx-8209 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>  xxx-xx-4813 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  810 Lilly Rd.<br>  Little Suamico, WI 54141 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>  810 Lilly Rd.<br>  Little Suamico, WI 54141 |
| County of Residence or of the<br>Principal Place of Business:      Oconto | County of Residence or of the<br>Principal Place of Business:      Oconto |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)          ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other_____       ☐ Clearing Bank | ■ Chapter 7          ☐ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business      ☐ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C.  § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C.  § 1121(c) (Optional) | *** Attorney Todd C. Buss 1001647 *** |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

United States Bankruptcy Court
RECEIVED
SEP 2 7 2004
Mail

| | FORM B1, Page 2 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Pusick, Gary Lee <br> Pusick, Rebecca Rose |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___*Gary Lee Pusick*___
Signature of Debtor Gary Lee Pusick

X ___*Rebecca Rose Pusick*___
Signature of Joint Debtor Rebecca Rose Pusick

_____
Telephone Number (If not represented by attorney)

9-15-04
Date

X ___*Todd C. Buss*___
Signature of Attorney
Signature of Attorney for Debtor(s)
Attorney Todd C. Buss 1001647
Printed Name of Attorney for Debtor(s)
Buss & Burleson, S.C.
Firm Name
1530 East Main Street
Watertown, WI 53094

Address                    Email: anw@busburlaw.com
920-261-5300 Fax: 920-261-2640
Telephone Number
9/23/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ___*Todd C. Buss*___         9/23/09
Signature of Attorney for Debtor(s)      Date
Attorney Todd C. Buss 1001647

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    Gary Lee Pusick,
          Rebecca Rose Pusick

                             Debtors

Case No. _____

Chapter              7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 135,000.00 | | |
| B - Personal Property | Yes | 4 | 43,322.34 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 119,750.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 17,934.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,692.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,756.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 178,322.34 | | |
| Total Liabilities | | | | 137,684.00 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re    Gary Lee Pusick,                                    Case No. _____

           Rebecca Rose Pusick

_____ ,
Debtors

# SCHEDULE A. REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 810 Lilly Rd.<br>Little Suamico, WI 54141 | Joint tenant | C | 135,000.00 | 115,555.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 135,000.00 | (Total of this page) |
| Total > | 135,000.00 |  |

  __0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re Gary Lee Pusick,
Rebecca Rose Pusick

Case No. _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash in Debtor(s) Possession | C | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Community Bank of Oconto 1288 E. Frontage Rd. Little Suamico, WI 54141 | C | 100.00 |
| | | | Savings Account Community Bank of Oconto 1288 E. Frontage Rd. Little Suamico, WI 54141 | C | 50.00 |
| | | | Savings Account F&M Bank 3501 Veterans Ave. Suamico, WI 54141 | C | 4,200.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household Furniture at Debtor(s) Residence: (Couch $50; Recliner $10; Dining Set $50; Bedroom Set $25; Entertainment Center $10) | C | 145.00 |
| | | | Audio & Video Equipment at Debtor(s) Residence: (TV $200; VCR $25; Stereo $50; CD's $25; DVD Player $25; Computer Tower $20; Computer Monitor $10; Computer Printer $5) | C | 360.00 |
| | | | Large Household Appliances at Debtor(s) Residence: (Washer & Dryer $50; Stove $25; Refrigerator $100; Dishwasher $25) | C | 200.00 |
| | | | Small Household Appliances at Debtor(s) Residence: (Microwave $20; Toaster $2; Griddle $5; Crock Pot $2; Pots & Pans $10; Vacuum $25; Pizza Oven $10) | C | 74.00 |

|  | Sub-Total > | 5,329.00 |
|---|---|---|
|  | (Total of this page) | |

  3  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Gary Lee Pusick,          Case No. _____
         Rebecca Rose Pusick
_____,
                    Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing at Debtor(s) Residence | C | 600.00 |
| 7. Furs and jewelry. | | Jewelry at Debtor(s) Residence (Wedding Rings) | C | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms at Debtor(s) Residence (Ruger .44 Mag; Browning A500 Shotgun; Ruger Red Label Shotgun; Remington 700 Rifle; Remington 700 Rifle; Remington 20 Gauge Shotgun; Marlin Muzzleloader) | C | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 403B National Financial Services | C | 6,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | IRA Rollover from 401K F&M Bank Financial Services | C | 14,000.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | | 50% Ownership in PTL Carpet Cleaning, LLC (value includes the equipment on #27) (total FMV $1400 X 50% = $700) | C | 700.00 |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

Sub-Total >        22,050.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Gary Lee Pusick,                                               Case No._____
            Rebecca Rose Pusick

Debtors,

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Ganished wages | C | 666.34 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential claim against MGM Law Office | C | 500.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Chevrolet Truck (72,000 Miles; Excellent Condition) | C | 9,430.00 |
| | | 1995 Pontiac Transport (225,000 Miles; Good Condition) | C | 1,580.00 |
| | | 1995 Ford Aspire (120,000 Miles; Good Condition) | C | 805.00 |
| | | Steel Snowmobile Trailer $100; Utility Trailer $25 at Debtor(s) Residence | C | 125.00 |

Sub-Total >    13,106.34
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Gary Lee Pusick,
        Rebecca Rose Pusick

Case No. _____

Debtors ,

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1994 Polaris Snowmobile | C | 700.00 |
| 24. Boats, motors, and accessories. | | 1992 Sea Nymph with 1992 Evenrude 40 hp motor & trailer | C | 1,500.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Carpet Cleaning Machine (value included in #13) | C | 0.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | | 2 Dogs at Debtor(s) Residence | C | 2.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | Lawn Tractor $100; Snowblower $60; MTD Tiller $50; Guitars $350; Pool $75 at Debtor(s) Residence | C | 635.00 |

Sub-Total >    2,837.00
(Total of this page)
Total >    43,322.34

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800)-492-8037

Best Case Bankruptcy

In re    Gary Lee Pusick,                      Case No. _____

         Rebecca Rose Pusick

                                   Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

■ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> 810 Lilly Rd. <br> Little Suamico, WI 54141 | 11 U.S.C. § 522(d)(1) | 19,445.00 | 135,000.00 |
| **Cash on Hand** <br> Cash in Debtor(s) Possession | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Checking Account <br> Community Bank of Oconto <br> 1288 E. Frontage Rd. <br> Little Suamico, WI 54141 | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| Savings Account <br> Community Bank of Oconto <br> 1288 E. Frontage Rd. <br> Little Suamico, WI 54141 | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Savings Account <br> F&M Bank <br> 3501 Veterans Ave. <br> Suamico, WI 54141 | 11 U.S.C. § 522(d)(5) | 4,200.00 | 4,200.00 |
| **Household Goods and Furnishings** <br> Household Furniture at Debtor(s) Residence: <br> (Couch $50; Recliner $10; Dining Set $50; Bedroom Set $25; Entertainment Center $10) | 11 U.S.C. § 522(d)(3) | 145.00 | 145.00 |
| Audio & Video Equipment at Debtor(s) Residence: <br> (TV $200; VCR $25; Stereo $50; CD's $25; DVD Player $25; Computer Tower $20; Computer Monitor $10; Computer Printer $5) | 11 U.S.C. § 522(d)(3) | 360.00 | 360.00 |
| Large Household Appliances at Debtor(s) Residence: <br> (Washer & Dryer $50; Stove $25; Refrigerator $100; Dishwasher $25) | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| Small Household Appliances at Debtor(s) Residence: <br> (Microwave $20; Toaster $2; Griddle $5; Crock Pot $2; Pots & Pans $10; Vacuum $25; Pizza Oven $10) | 11 U.S.C. § 522(d)(3) | 74.00 | 74.00 |
| **Wearing Apparel** <br> Clothing at Debtor(s) Residence | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |

  2   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Gary Lee Pusick,
       Rebecca Rose Pusick
                        Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry**<br>Jewelry at Debtor(s) Residence<br>(Wedding Rings) | 11 U.S.C. § 522(d)(4) | 250.00 | 250.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>Firearms at Debtor(s) Residence<br>(Ruger .44 Mag; Browning A500 Shotgun; Ruger<br>Red Label Shotgun; Remington 700 Rifle;<br>Remington 700 Rifle; Remington 20 Gauge<br>Shotgun; Marlin Muzzleloader) | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>403B<br>National Financial Services | 11 U.S.C. § 522(d)(10)(E) | 6,000.00 | 6,000.00 |
| **Stock and Interests in Businesses**<br>IRA Rollover from 401K<br>F&M Bank Financial Services | 11 U.S.C. § 522(d)(10)(E) | 14,000.00 | 14,000.00 |
| **Interests in Partnerships or Joint Ventures**<br>50% Ownership in PTL Carpet Cleaning, LLC<br>(value includes the equipment on #27)<br>(total FMV $1400 X 50% = $700) | 11 U.S.C. § 522(d)(6) | 700.00 | 700.00 |
| **Alimony, Maintenance, Support, and Property Settlements**<br>Ganished wages | 11 U.S.C. § 522(d)(5) | 666.34 | 666.34 |
| **Other Contingent and Unliquidated Claims of Every Nature**<br>Potential claim against MGM Law Office | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>1997 Chevrolet Truck (72,000 Miles; Excellent Condition) | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 2,950.00<br>2,285.00 | 9,430.00 |
| 1995 Pontiac Transport (225,000 Miles; Good Condition) | 11 U.S.C. § 522(d)(2) | 1,580.00 | 1,580.00 |
| 1995 Ford Aspire (120,000 Miles; Good Condition) | 11 U.S.C. § 522(d)(5) | 805.00 | 805.00 |
| Steel Snowmobile Trailer $100; Utility Trailer $25 at Debtor(s) Residence | 11 U.S.C. § 522(d)(5) | 125.00 | 125.00 |
| 1994 Polaris Snowmobile | 11 U.S.C. § 522(d)(5) | 700.00 | 700.00 |
| **Boats, Motors and Accessories**<br>1992 Sea Nymph with 1992 Evenrude 40 hp motor & trailer | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| **Animals**<br>2 Dogs at Debtor(s) Residence | 11 U.S.C. § 522(d)(5) | 2.00 | 2.00 |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    Gary Lee Pusick,
        Rebecca Rose Pusick

Case No. _____

_____,
Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Other Personal Property of Any Kind Not Already Listed | | | |
| Lawn Tractor $100; Snowblower $60; MTD Tiller $50; Guitars $350; Pool $75 at Debtor(s) Residence | 11 U.S.C. § 522(d)(5) | 635.00 | 635.00 |

Sheet   2   of   2   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Form B6D
(12/03)

In re    Gary Lee Pusick,                                    Case No. _____

         Rebecca Rose Pusick

_____ ,
                                      Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. xxxxxxxx0001 | | | | | 08/99 | | | | | |
| M&I Bank P.O. Box 3186 Milwaukee, WI 53201-3186 | | | | C | Auto Loan 1997 Chevrolet Truck (72,000 Miles; Excellent Condition) | | | | | |
| | | | | | Value $          9,430.00 | | | | 4,195.00 | 0.00 |
| Account No. xxxxx2891 | | | | | 04/91 | | | | | |
| Wells Fargo Home Mortgage 3476 Stateview Blvd. Fort Mill, SC 29715 | | | | C | First Mortgage 810 Lilly Rd. Little Suamico, WI 54141 | | | | | |
| | | | | | Value $      135,000.00 | | | | 115,555.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

   0    continuation sheets attached

| | Subtotal (Total of this page) | 119,750.00 | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 119,750.00 | |

TOWN OF LITTLE SUAMICO

STATE OF WISCONSIN
STATEMENT OF REAL ESTATE TAXES FOR 2003

MAIL 1ST INSTALLMENT TO:
EILEEN BARDOUCHE
1405 COUNTY J
LT SUAMICO, WI 54141

PAY 2ND INSTALLMENT TO
OCONTO COUNTY TREASURER
301 WASHINGTON ST
OCONTO, WI 54153

PUSICK
GARY L. & REBECCA R.
BILL NO. 24-1033

Correspondence should refer to tax number.
See reverse side for important information

PARCEL #: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B

Total Est Fair Mkt ☐ A star in this box means unpaid prior year taxes.

| Assessed Value Land | Assd Value Improvements | Total Assessed Value | Ave. Assmt. Ratio | Est. Fair Mkt. Land | Est Fair Mkt. Improvements | Total Est Fair Mkt |
|---|---|---|---|---|---|---|
| 26,100 | 56,200 | 82,300 | .9632 | 27,100 | 58,300 | 85,400 |

Net Property Tax  1,362.49

| Taxing Jurisdiction | 2002 Est. State Aids Allocated Tax Dist. | 2003 Est. State Aids Allocated Tax Dist. | 2002 Net Tax | 2003 Net Tax | %Tax Change |
|---|---|---|---|---|---|
| STATE OF WISCONSIN | | | | | |
| OCONTO COUNTY | 165,623 | 152,560 | 15.50 | 17.09 | 10.3% |
| TN LITTLE SUAMICO | 261,914 | 233,815 | 443.45 | 474.30 | 7.1% |
| OCONTO FALLS SCHL | 1,418,040 | 1,528,798 | 151.72 | 151.55 | -.1% |
| NWTC | 897,819 | 937,308 | 675.03 | 630.43 | -6.6% |
| LITTLE SUAMICO SAN D | | | 125.32 | 133.53 | 6.6% |
| | | | 31.28 | 31.88 | 1.9% |

SEWER MAE&LAT  444.00

| Total | 1,935,396 | 2,003,431 | 1442.30 | 1433.78 | -.2% |
| Lottery Credit | | | 79.22 | 76.29 | -3.7% |
| Net Property Tax | | | 1363.08 | 1362.49 | .0% |

School taxes reduced by school levy tax credit  $118.83

Net Assessed Value Rate (Does NOT reflect lottery credit)  17.4821G0

TOTAL DUE (FOR FULL PAYMENT PAY TO LOCAL TREASURER)
PAY BY JANUARY 31  , 2004  ►  $  1,806.49

Warning: If not paid by due date, installment option is lost and total tax is delinquent subject to interest and if applicable, penalty. (See reverse)

IMPORTANT: Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.

SEC 25-T26-R20E PRT NE 1/4 L
OT 3 DORN SUB COUNTRY ACRES

PUSICK
GARY L. & REBECCA R.
810 LILLY LANE
LITTLE SUAMICO WI 54141

810  LILLY LANE

605-834

ACRES  1.50
TAX STATEMENT

| Or Pay 1st Installment To Local Treasurer | And Pay 2nd Installment To County Treasurer |
|---|---|
| $ 1,087.10 | $ 719.39 |
| By JANUARY 31 , 2004 | By JULY 31 , 2004 |

| Special Charge Paid | | Special Tax Paid | |
| Special Assessment Paid | | Total Amount Paid | |
| Property Tax Paid | | Balance Due | |
| Paid by | | Rec'd by | Date |

P-5-96
PA-685/1

Wells Fargo
1819 University Avenue
Green Bay 54302

File Number: EC 2282

In accordance with your request, I have personally inspected and appraised the real property at:

810 Lily Road
Little Suamico, WI 54141

The purpose of this appraisal is to estimate the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the estimated market value of the property as of   April 23, 2003        is:

$145,000
One Hundred Forty-Five Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final estimate of value, descriptive photographs, limiting conditions and appropriate certifications.

*Cara E Barton*

Cara Barton

# MORTGAGE

**DOCUMENT NUMBER**
**545222**

NAME & RETURN ADDRESS
**WELLS FARGO HOME MORTGAGE, INC.**
**FINAL DOCUMENTS X4701-022**
**3601 MINNESOTA DRIVE**
**BLOOMINGTON, MN  55435-5284**

PARCEL IDENTIFIER NUMBER

**RECORDED**

AT **9:30** O'CLOCK **A** M

AUG 1 2 2003

**LORALEE LASLEY**
**REGISTER OF DEEDS**
**OCONTO COUNTY, WI**

LIBERTY TITLE 5700

11233
_____ [Space Above This Line For Recording Data] _____

0128915329

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated **MAY 23, 2003**
together with all Riders to this document.
(B) **"Borrower"** is
**GARY L. PUSICK AND REBECCA R. PUSICK, HUSBAND AND WIFE**

Borrower is the mortgagor under this Security Instrument.
(C) **"Lender"** is **WELLS FARGO HOME MORTGAGE, INC.**

Lender is a **Corporation**
organized and existing under the laws of **THE STATE OF CALIFORNIA**

WISCONSIN - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Page 1 of 18         Initials: GLP  RRP

FORM 3050  1/01

SW101  Rev 04/13/01

Lender's address is

P. O. BOX 5137, DES MOINES, IA 50306-5137

Lender is the mortgagee under this Security Instrument.

(D) "Note " means the promissory note signed by Borrower and dated **MAY 23, 2003**

The Note states that Borrower owes Lender **ONE HUNDRED SIXTEEN THOUSAND AND NO/100** Dollars

(U.S. $ ...116,000.00............) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **JUNE 1, 2033**

(E) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(G) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower (check box as applicable):

[X] Adjustable Rate Rider    [ ] Condominium Rider    [ ] Second Home Rider

[ ] Balloon Rider    [ ] Planned Unit Development Rider    [ ] 1-4 Family Rider

[ ] VA Rider    [ ] Biweekly Payment Rider    [X] Other(s) [specify]

Prepayment Rider

(H) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(I) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(J) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(K) "Escrow Items" means those items that are described in Section 3.

(L) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(M) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(N) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(O) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that

SWI02    Rev 12/18/00      Page 2 of 18      Initials _SLP_ / RRP      FORM 3050   1/01

Case 04-33838-svk    Doc 2    Filed 09/27/04    Page 16 of 41

governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA. **(P) "Successor in interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's convenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender, with power of sale, the following described property located in the

| County | of | OCONTO |
|---|---|---|
| [Type of Recording Jurisdiction] | | [Name of Recording Jurisdiction] |

**LEGAL DESCRIPTION IS ATTACHED HERETO AS SCHEDULE "A" AND MADE A PART HEREOF.**

which currently has the address of
**810 LILY ROAD** [Street]
**LITTLE SUAMICO** [City], Wisconsin **54141** [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

SW403   Rev 11/09/00        Page 3 of 18        Initials        FORM 3050   1/01

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____ _____ (Seal)
                                 GARY L. PUSICK                Borrower

_____ _____ (Seal)
                                 REBECCA R. PUSICK             Borrower

SW17   Rev 12/27/00           Page 17 of 18      Initials GLP      FORM 3050   1/01
                                                         RRP

THAT PART OF THE NORTHEAST QUARTER (NE 1/4) OF SECTION
TWENTY-FIVE (25), TOWNSHIP TWENTY-SIX (26) NORTH, RANGE TWENTY
(20) EAST, IN THE TOWN OF LITTLE SUAMICO, OCONTO COUNTY,
WISCONSIN, DESCRIBED AS FOLLOWS:

COMMENCING AT THE NE CORNER OF THE NE 1/4 OF SAID SECTION 25;
THENCE DUE WEST ALONG THE NORTH LINE OF SAID NE 1/4 OF SECTION
25, A DISTANCE OF 987.90 FEET; THENCE DUE SOUTH 733.00 FEET;
THENCE SOUTH 12° 42' WEST 541.03 FEET; THENCE SOUTH 16° 40'
WEST 225.00 FEET TO THE POIN OF BEGINNING; THENCE CONTINUING
SOUTH 16° 40' WEST 225.00 FEET; THENCE NORTH 71° 56' WEST
312.55 FEET TO THE EAST LINE OF A PUBLIC ROAD; THENCE NORTH 18°
04' EAST ALONG THE SAID EAST LINE OF A PUBLIC ROAD 224.93 FEET;
THENCE SOUTH 71° 56' EAST 305.5 FEET TO THE POINT OF BEGINNING.

ALSO KNOWN AS LOT EIGHT (8), COUNTRY ACRE ESTATES UNRECORDED
PLAT.
ALSO KNOW AS DORN SUBDIVISION.

# WISCONSIN CERTIFICATE OF TITLE FOR A VEHICLE
## DEPARTMENT OF TRANSPORTATION

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | BODY STYLE | VEHICLE TYPE | FLEET NUMBER |
|---|---|---|---|---|---|
| 2GCEK19R1V1207743 | 1997 | CHEV | | TRUK | ATK GS PNTR |

| TITLE NUMBER | DATE TITLE ISSUED | ODOMETER | ODOMETER DATE |
|---|---|---|---|
| 9929850056-0 | 10/27/1999 | 28127 | 10/08/1999 |
| | | DISCLOSED AS ACTUAL | |

REGISTERED OWNERS

PUSICK REBECCA R OR PUSICK GARY L
810 LILLY RD
LITTLE SUAMICO, WI 54141

The person, firm or corporation named on this Title has been duly registered as the lawful owner of the vehicle described, subject to any Security Interest (liens) shown. The order in which the Security Interests appear on this Title does not necessarily represent their priority.

SECURED PARTY

**CONTROL NUMBER**
(This is not a Title Number)

003827 M AND I MARSHALL AND ILSLEY BANK MILWAUKEE

# 9-0393109

DIVISION OF MOTOR VEHICLES

---

## Important - Buyer and Seller must complete the section below at time of sale

# TITLE ASSIGNMENT AND MILEAGE, SELLING PRICE AND BRAND DISCLOSURE
## BY REGISTERED OWNER(S) SHOWN ABOVE

Federal and State law requires that SELLER state the mileage and provide written vehicle disclosure information in connection with transfer of ownership. Failure to complete a mileage statement, disclose required information, or providing a false statement may result in fines and/or imprisonment and may make you liable for damages to the transferee (buyer).

**SELLER** Print Person(s) Name signing as Seller

ODOMETER NOW READS (No Tenths):
and to the best of my knowledge is
actual mileage of this vehicle unless one of the following statements is checked.

Print Sellers Address, City, State, Zip if different than shown above

☐ The odometer reading reflects the amount of mileage in excess of its mechanical limit.
☐ The odometer reading is NOT actual mileage. WARNING ODOMETER DISCREPANCY

I, the seller, certify that to the best of my knowledge the information contained on this document is true and correct and that I have entered the vehicle odometer reading, brand disclosure, and selling price hereon in compliance with federal and state law as referenced above. For value received, I hereby sell, assign or transfer the vehicle described on this document and warrant title to Purchaser as shown.

**BRAND DISCLOSURE** (will be printed on future titles) Check all that apply:
☐ Flood damaged vehicle     ☐ Previous police vehicle
☐ Previous taxicab          ☐ Salvage vehicle

Signature of Seller(s). See "REGISTERED OWNERS" above. If joint ownership with "or", only one seller's signature required; with "and", all seller's signatures required.

**SELLING PRICE** (Seller enter ):     $

X _____
X _____ Date

**BUYER (Purchaser)** Print Name(s)

If Buyer is a business, Print Name of authorized person signing as Purchaser

Print Buyer Address, City, State, Zip

Signature of Purchaser(s)                    Date
X _____
X _____

**If registered owner is a dealer and first assignment is through auction or salvage pool, complete the following.**
Print Consigning Auction Dealer Name or Consigning Salvage Pool Name     Auction or Salvage Pool Dealer No.          Sale Date

---

The Wisconsin Department of Transportation will not be responsible for false or fraudulent odometer statements made in the assignment of the Certificate of Title or for errors in recording by the department. The department makes no warranties, express or implied, about the vehicle or operating condition and any statements about vehicle inspections are only administrative.

**PURCHASER -** Attach form MV1 (Wisconsin Application for Title) to this document and mail or deliver immediately to the Wisconsin Department of Transportation. Form MV1 is available at Wisconsin DMV Service Centers and police stations.

MAIL ADDRESS - Wisconsin Dept. of Transportation, P.O. Box 7949, Madison, WI 53707-7949

MV2289 597(5)     pursuant to ch. 342, Wis Stats

QUESTIONS - Contact nearest Motor Vehicle Service Center or call (608) 266-1466

## ANY ALTERATION OR ERASURE VOIDS THIS TITLE - KEEP IN A SAFE PLACE
(Seller must give to purchaser at time of sale)

In re    Gary Lee Pusick,                              Case No. _____
           Rebecca Rose Pusick

                                         Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        __0__   continuation sheets attached

Form B6F
(12/03)

In re    Gary Lee Pusick,                                     Case No. _____
             Rebecca Rose Pusick

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. xxxx-xxxx-xxxx-9708 <br><br> Capital One <br> P.O. Box 85015 <br> Richmond, VA 23285 | | | | | C | 04/00 <br> 04/04 <br> Money Judgment <br> Oconto Co. No. 04-CV-142 | | | | 9,828.00 |
| Account No. <br><br> Representing: <br> Capital One | | | | | | Kohn Law Firm, S.C. <br> 312 E. Wisconsin Ave., Suite 501 <br> Milwaukee, WI 53202-4305 | | | | |
| Account No. <br><br> Representing: <br> Capital One | | | | | | Oconto County, Clerk of Circuit Court <br> Courthouse <br> 301 Washington St. <br> Oconto, WI 54153 | | | | |
| Account No. xxxx-xxxx-xxxx-0317 <br><br> Chase Bankcard <br> P.O. Box 52195 <br> Phoenix, AZ 85072 | | | | | C | 05/01 <br> Credit Card Purchases | | | | 6,265.00 |

  1   continuation sheets attached

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | 16,093.00 |

In re    Gary Lee Pusick,                    Case No. _____

             Rebecca Rose Pusick

                                     Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9253<br><br>Global Payment Check Services<br>PO Box 661038<br>Chicago, IL 60666 | C | | 01/03<br>Check Returned/Insufficient Funds | | | | 211.00 |
| Account No. x2876<br><br>Harbor Credit Union<br>800 Weise Street<br>Green Bay, WI 54302 | C | | 10/97<br>Personal Loan | | | | 299.00 |
| Account No. 8417<br><br>Maurices<br>P.O. Box 9304<br>Pembroke Pines, FL 33084-9304 | C | | 11/99<br>Credit Card Purchases | | | | 687.00 |
| Account No. 1297<br><br>Parkwest Dental<br>125 Siegler St. Suite 2<br>Green Bay, WI 54303 | C | | 10/03<br>Dental Services | | | X | 516.00 |
| Account No. xxxx-xxxx-xxxx-7293<br><br>Sears<br>P.O. Box 182156<br>Columbus, OH 43218-2156 | C | | 07/86<br>Credit Card Purchases | | | | 128.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,841.00 |
| | Total (Report on Summary of Schedules) | 17,934.00 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re     Gary Lee Pusick,                           Case No. _____
          Rebecca Rose Pusick

_____
                                 Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
          schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Cellcom Wausau MSA<br>P.O. Box 5547<br>De Pere, WI 54115-5547 | Cell Phone Contract<br>03/03 to 03/05<br>(Continue Contract) |
| US Cellular<br>P.O. Box 0203<br>Palatine, IL 60055 | Cell Phone Contract<br>12/02 to 12/04<br>(Continue Contract) |

  0   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   Gary Lee Pusick,                                          Case No. _____
        Rebecca Rose Pusick
_____
                        Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

_0_   continuation sheets attached to Schedule of Codebtors

Form B6I
(12/03)

In re  Gary Lee Pusick,                                Case No. _____
        Rebecca Rose Pusick
                                   Debtors

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP<br>Son<br>Daughter | AGE<br>7<br>8 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Facility Manager | Scheduler |
| Name of Employer | Bayside Christian Fellowship | Medical Staffing Network |
| How long employed | 4 Years | 3 Years |
| Address of Employer | 3475 Humboldt Rd.<br>Green Bay, WI 54311 | 901 Yamato Rd. Suite 110<br>Boca Raton, FL 33431 |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,896.00 | $ 1,038.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,896.00 | $ 1,038.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 319.00 | $ 206.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) 403B | $ 325.00 | $ 0.00 |
| Tithe | $ 392.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,036.00 | $ 206.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,860.00 | $ 832.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,860.00 | $ 832.00 |

TOTAL COMBINED MONTHLY INCOME     $ 3,692.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re     Gary Lee Pusick,                                           Case No. _____
          Rebecca Rose Pusick
_____ ,
                                    Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . | $ | 1,430.00 |
| Are real estate taxes included?          Yes___X___   No_____ | | |
| Is property insurance included?          Yes___X___   No_____ | | |
| Utilities:  Electricity and heating fuel  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 140.00 |
|            Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 39.00 |
|            Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 37.00 |
|            Other____Satellite $25/Internet $16_____ . . . . . . . | $ | 41.00 |
| Home maintenance (repairs and upkeep)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 100.00 |
| Food  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 450.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 80.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 15.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 75.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . . . | $ | 100.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 300.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 33.00 |
|            Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 35.00 |
|            Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 85.00 |
|            Other____Prepaid Legal Service_____ . . . . . . . . | $ | 25.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify)_____ . . . . . . . . | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 411.00 |
|            Other_____ . . . . . . . | $ | 0.00 |
|            Other_____ . . . . . . . | $ | 0.00 |
|            Other_____ . . . . . . . | $ | 0.00 |
| Alimony, maintenance, and support paid to others  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . . | $ | 0.00 |
| Other_____Personal Hygiene_____ . . . . . . . | $ | 75.00 |
| Other_____Pet Food $50; Cell Phones $85_____ . . . . . . . | $ | 135.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . . | $ | 3,756.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | N/A |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | N/A |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | N/A |
| D. Total amount to be paid into plan each _____ . . . . . . . | $ | N/A |
| | (interval) | |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  Gary Lee Pusick
    Rebecca Rose Pusick _____  Case No. _____
                               Debtor(s)  Chapter  7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __1__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  9-15-04 _____  Signature  *Gary Lee Pusick* _____
                                        Gary Lee Pusick
                                        Debtor

Date  9-15-04 _____  Signature  *Rebecca Rose Pusick* _____
                                        Rebecca Rose Pusick
                                        Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    Gary Lee Pusick
       Rebecca Rose Pusick                           Case No. _____
                                  Debtor(s)          Chapter     7   _____

## STATEMENT OF FINANCIAL AFFAIRS

         This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

         Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

         *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

         *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

         State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| $8,470.00 | Jan. 1, 2004 to Present: Bayside Christian Fellowship (Husband) |
| $7,868.00 | Jan. 1, 2004 to Present: Medical Staffing Network (Wife) |
| $39,030.00 | Jan. 1 to Dec. 31, 2003: Bayside Christian Fellowship (Husband) |
| $12,783.00 | Jan. 1 to Dec. 31, 2003: Medical Staffing Network (Wife) |
| $37,330.00 | Jan. 1 to Dec. 31, 2002: Bayside Christian Fellowship (Husband) |
| $11,100.00 | Jan. 1 to Dec. 31, 2002: Medical Staffing Network (Wife) |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo Home Mortgage 3476 Stateview Blvd. Fort Mill, SC 29715 | 07/05/04; 08/05/04; 09/05/04 | $4,290.00 | $115,555.00 |
| M&I Bank (Auto Loan) P.O. Box 3186 Milwaukee, WI 53201-3186 | 06/18/04; 07/18/04; 08/18/04 | $1,233.00 | $4,195.00 |

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Capital One Bank vs. Gary L Pusick et al 04-CV-142 | Money Judgment | Oconto County Circuit Court | Judgment Entered |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Capital One P.O. Box 85015 Richmond, VA 23285 | 08/31/04; 09/15/04 | $333.17; $333.17 |

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| Bayside Christian Fellowship 3475 Humboldt Rd. Green Bay, WI 54311 | Church | 08/03 to 08/04 | $4,220 |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Buss & Burleson, S.C. 1530 East Main Street Watertown, WI 53094 | 09/02/04 | $209 Filing Fee $700 Attorney Fee |

### 10. Other transfers

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Unknown | 07/22/04 | 1991 Geo Metro $2,150 |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Wells Fargo 2610 Glendale Ave. Green Bay, WI 54313 | Checking Account 1723 $0 | 09/15/04 $0 |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■ List all property owned by another person that the debtor holds or controls.

|  | DESCRIPTION AND VALUE OF |  |
|---|---|---|
| NAME AND ADDRESS OF OWNER | PROPERTY | LOCATION OF PROPERTY |

**15. Prior address of debtor**

None
■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

> If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

> If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| PTL Carpet Cleaning LLC | | P.O. Box 13347 Green Bay, WI 54307 | Carpet Cleaning | 09/02 to Present |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Les Sarson 1401 Camanche Ave. Green Bay, WI 54313 | 09/02 to Present |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Les Sarson | 1401 Camanche Ave. Green Bay, WI 54313 |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Les Sarson<br>1401 Camanche Ave.<br>Green Bay, WI 54313 | Co Owner | 50% |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Les Sarson<br>1401 Camanche Ave.<br>Green Bay, WI 54313<br>   Co-Owner | Compensation | $600 |
| Gary Pusick<br>810 Lilly Lane<br>Little Suamico, WI 54141<br>   Debtor | Compensation | $600 |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____9-15-04_____     Signature _____
Gary Lee Pusick
Debtor

Date _____9.15.04_____     Signature _____
Rebecca Rose Pusick
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 8
(12/03)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   Gary Lee Pusick
      Rebecca Rose Pusick                                    Case No. _____

                                               Debtor(s)             Chapter    7   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

**Description of Property**                          **Creditor's name**
-NONE-

     *b. Property to Be Retained*                      *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | 1997 Chevrolet Truck (72,000 Miles; Excellent Condition) | M&I Bank | | | X |
| 2. | 810 Lilly Rd. Little Suamico, WI 54141 | Wells Fargo Home Mortgage | | | X |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 8
(12/03)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   Gary Lee Pusick
        Rebecca Rose Pusick                                          Case No. _____

                                         Debtor(s)                  Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

Date   *9-15-04*                    Signature   *Gary Lee Pusick*
                                                 Gary Lee Pusick
                                                 Debtor

Date   *9-15-04*                    Signature   *Rebecca Rose Pusick*
                                                 Rebecca Rose Pusick
                                                 Joint Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re:  Gary Lee Pusick  Rebecca Rose Pusick          Chapter 7

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. § 329(a) and the Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be on behalf of the debtor(s) in contemplation of or connection with the bankruptcy case is as follows:

| | |
|---|---|
| Filing fee paid by the undersigned | $ 209.00 |
| For legal service, I have agreed to accept | $ 700.00 |
| Prior to the filing of this statement, I have received | $ 700.00 |
| Unpaid balance due and payable | $ 0.00 |

1. It is agreed that if debtor(s) fails to make full or partial payments of fees according to any written or oral agreements, the undersigned may withdraw as attorney for this case, upon written notice to debtor(s). In joint cases, both spouses are equally responsible for paying the fee, and if one party fails to pay, the other agrees to pay the same. This fee is due and payable whether or not debtor(s) attends the first meeting of creditors or receives a discharge. An additional fee of $180.00 will be charged to the debtor(s) should debtor(s) fail to attend the first meeting of creditors. Creditors omitted and proof of claim filings with the Court will be included at a rate of $76.00 per amendment, which includes court filing fee. A fee of $75.00 shall be charged to the debtor(s) account for filing of each rescission agreement with the Court and the negotiations of each proposed reaffirmation agreement(s) that is not secured by the debtor(s) homestead and/or vehicle(s).

2. The source of compensation paid to me was from earnings or other current compensation of the debtor(s).

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm. Pursuant to our Fee Agreement with Debtor(s) the debtor(s) has been fully informed and agrees to allow Buss & Burleson, S.C. to compensate an independent attorney for the sole purpose of appearing on behalf of Buss & Burleson, S.C. at the Section 341 Meeting of Creditors.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, exhibits, attachments, schedules, statements, and other documents which may be required;
   c. Representation of the debtor(s) at the meeting of creditors;
   d. Services reasonably necessary to represent the debtor(s) in this case.

5. These services do not include the filing of proof of claims, or the filing of rescission documents with the courts, or the representation of the debtor(s) with regard to reaffirming debt that is not secured by the debtor(s) homestead and/or vehicle. The undersigned is not obligated to represent debtor(s) in a contested matter (adversary proceeding, objection to confirmation of the plan, motions of any kind, lien avoidance action, reaffirmation approval hearings, or other maters in which an attorney may represent debtor(s) in such a matter, debtor(s) agrees to pay additional attorney fees at a rate of $180.00 per hour with a substantial retainer to be set by the undersigned and paid before work is initiated on the contested matter. Removal of judgments on discharge debts from court records and errors on credit bureau reports or other credit reporting agencies are contested matters and are not the responsibility of the undersigned. The undersigned is not obligated to forward, to the debtor(s) copies or originals of any correspondence the attorney's office receives regarding the solicitation of repayment by any unsecured creditors unless specifically authorized by advanced written notice from the debtor(s).

Dated: 9/23/04

Attorney Todd C. Buss, State Bar No. 1001647
Buss & Burleson, S.C.
1530 East Main Street
Watertown, WI 53094
(920) 261-5300

# BUSS & BURLESON, S.C.

## ATTORNEYS AT LAW

### 1530 EAST MAIN STREET

### WATERTOWN, WISCONSIN 53094

TELEPHONE 920.261.5300
FACSIMILE 920.261.2640

DAVID S. BURLESON*
TODD C. BUSS
JAN SCOTT PIERCE
RYAN M. LANDRY

*Also Member of Minnesota Bar

September 24, 2004

RECEIVED
SEP 2 7 2004

U.S. Bankruptcy Clerk
United States Bankruptcy Court
Federal Building, Room 216
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

**Re:     *Gary Lee and Rebecca Rose Pusick, Debtor***
**        *Chapter 7 Bankruptcy Filing***

Dear Clerk:

Enclosed for filing, please find the following documents:

1.     Voluntary Petition (original);
2.     Summary of Schedules (original);
3.     Schedules A-J (original);
4.     Declaration concerning Debtor(s) Schedules (original);
5.     Statement of Financial Affairs (original);
6.     Debtor(s) Statement of Intention (original);
7.     Disclosure of Compensation of Attorney for Debtor(s) (original);
8.     Mailing Matrix (e-mailed); and
9.     Check in the amount of $209 for filing fees.

Please forward the notice of filing in the return envelope provided herein.

Very truly yours,

*no envelope provided*

BUSS & BURLESON, S.C.

*Todd C. Buss/anw*

Todd C. Buss
TCB:anw

Enclosures:  Listed
             Return Envelope